WRIGHT, FINLAY & ZAK, LLP
Robin P. Wright, Esq., SBN 150984
Joshua R. Hernandez, Esq., SBN 258266
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 608-9142
jhernandez@wrightlegal.net

Attorneys for Defendant, FRANKLIN CREDIT MANAGEMENT CORPORATION

## UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FERNANDEZ, an individual and borrower,<br><br>                    Plaintiff,<br><br>     vs.<br><br>FRANKLIN CREDIT MANAGEMENT CORPORATION, a business entity; and DOES 1 through 10 inclusive,<br><br>                    Defendants. | Case No: 3:16-cv-02837-JCS<br><br>**STIPULATION EXTENDING DEADLINE TO FILE DEFENDANT'S RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**Pursuant to Civil L.R. 6-1** |

**TO THE HONORABLE COURT AND ALL ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Plaintiff DAVID FERNANDEZ ("Plaintiff"), and Defendant FRANKLIN CREDIT MANAGEMENT ("Defendant"), by and through their respective counsel of record, do hereby stipulate and agree as follows:

1. This matter was removed to the above Court on May 26, 2016.

2. Defendant's response to Plaintiff's Complaint is due June 2, 2016.

3. Counsel for Plaintiff and Defendant have engaged in preliminary settlement discussions, with the goal of providing an early resolution to this matter.

4. The Parties will require additional time to explore these settlement options, and would like to do so while limiting fees and costs incurred in litigation at this stage.

5. Accordingly, Plaintiff and Defendant agree that Defendant's deadline to respond to Plaintiff's Complaint shall be extended approximately 30 days to July 1, 2016.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: May 31, 2016     By:     *s/ Joshua R. Hernandez, Esq.*
Robin P. Wright, Esq.
Joshua R. Hernandez, Esq.
Attorneys for Defendant, FRANKLIN CREDIT MANAGEMENT CORPORATION

Respectfully submitted,

REAL ESTATE LAW CENTER, PC

Dated: May 31, 2016     By:     *s/ Tala Rezai, Esq.*
Erikson M. Davis, Esq.
Tala Rezai, Esq.
Attorneys for Plaintiff, DAVID FERNANDEZ

Dated: June 2, 2016

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

-2-

STIPULATION EXTENDING DEADLINE TO FILE DEFENDANT'S RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT